IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| VICTOR BERNARD LYLES, SR., | : | |
| Plaintiff | : | |
| VS. | : | |
| DR. DeWAYNE AYERS, *et al.*, | : | NO. 1:06-cv-56(WLS) |
| Defendants | : | |

**O R D E R**

On May 9, 2006, the undersigned recommended that plaintiff's pre answer Motion for a Temporary Restraining Order be denied. Rather than file objections to the recommendation as advised by the recommendation, the plaintiff has filed a Motion for Reconsideration. For the reasons stated in the recommendation of May 9, 2006, the plaintiff's motion for reconsideration is hereby **DENIED.**

SO ORDERED, this 23rd day of May 2006.

*/s/ Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE