**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| VICTOR BERNARD LYLES, SR., : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | 1:06-CV-59 (WLS) |
| : | |
| DR. DEWAYNE AYERS, et. al., : | |
| : | |
| Defendants : | |
| : | |

**ORDER**

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge filed on May 9, 2006. (Doc. 9). It is recommended that Plaintiff's Motion for Temporary Restraining Order or Preliminary Injunction (Doc. 5) be denied. *Id*.   No objection has been filed.

Upon full review and consideration upon the record, the Court finds that the Report and Recommendation (Doc. 9) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Plaintiff's Motion for Temporary Restraining Order or Preliminary Injunction (Doc. 5) is **DENIED**.

**SO ORDERED**, this    20th    day of June, 2006.

                                                                          /s/W. Louis Sands
                                                                          **W. LOUIS SANDS, CHIEF JUDGE
                                                                          UNITED STATES DISTRICT COURT**