IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

VICTOR LYLES,

    Plaintiff,

v.   :   1:06-CV-56 (WLS)

Dr. DWAYNE AYERS, Dr. MARK
FULCHER, and MIKE TURNER,

    Defendants.

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge, filed December 23, 2008. (Doc. 71). It is recommended that Defendants' Motion for Summary Judgment (Doc. 66) be **GRANTED**. *Id.* No objection has been filed.

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 71) should be, and hereby is, **ACCEPTED, ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Defendants' Motion for Summary Judgment (Doc. 66) is **GRANTED**.

**SO ORDERED**, this 10th day of February, 2009.

THE HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT JUDGE

1